**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

MATTHEW KALL, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ANESTHESIA BUSINESS CONSULTANTS, LLC,

Defendant.

Case No. 5:25-cv-13886-JEL-CI

District Judge: Hon. Judith E. Levy
Mag. Judge: Hon. Curtis Ivy, Jr.

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Matthew Kall ("Plaintiff") and Anesthesia Business Consultants, LLC ("Defendant"), through their respective undersigned counsel, hereby stipulate and jointly request that the Court issue an Amended Scheduling Order continuing the current case schedule by approximately 90 days. Good cause exists for this joint request as follows:

1. The Court's current Scheduling Order (ECF No. 12) includes the following dates and deadlines:

| EVENT | DEADLINE |
|---|---|
| Email Case Manager regarding proposal for Alternative Dispute Resolution: | June 30, 2026 |
| ADR must be completed by: | November 13, 2026 |
| Exchange Initial Expert Witnesses by: | December 15, 2026 |

| | |
|---|---|
| Exchange Rebuttal Expert Witnesses by: | January 26, 2027 |
| Motion for Class Certification filed by:<br>Response filed by:<br>Reply filed by: | January 19, 2027<br>March 5, 2027<br>March 19, 2027 |
| Discovery completed by: | March 26, 2027 |
| Dispositive Motions filed by: | To be determined |
| Motions in Limine filed by | TBD |
| Joint Final Pretrial Order submitted by: | TBD |
| Final Pretrial Conference: | TBD |
| Proposed Joint Jury Instructions & Verdict Form submitted by: | TBD |
| Trial Date: | TBD |

2. This is a putative class action, and the case investigation is challenging and time-consuming due to the complexities of the issues and large amount of information and documents sought by Plaintiff.

3. The parties have diligently engaged in discovery and have exchanged written requests and responses, among other things. The parties are seeking to resolve issues amicably, without court intervention.

4. Defendant has had difficulty obtaining certain key discovery materials because they are in the possession of a third-party health care facilities and are subject to the privacy and security protections of HIPAA. Also, the third parties have to use manual extraction processes in order to obtain the plethora of documents that plaintiff seeks to be produced. The parties have met and conferred and are working through the foregoing and believe these issues can be resolved without Court intervention, but the parties need additional time due to the third party and the

complex data extraction processes that the third parties have to undergo in order to produce relevant documents.

5. In compliance with the current Scheduling Order, the parties obtained approval of its ADR proposal from the Court and have scheduled a mediation with a mutually agreeable mediator (Aaron Wiess of Carlton Fields) for November 10, 2026. However, in light of the fact that the parties are still working on obtaining critical discovery materials, the parties agree that they are not yet ready for mediation and the mediation would not be productive. Accordingly, the parties would like to postpone the mediation to allow for additional time to conduct discovery but are unable to do so considering the current ADR completion date. The Mediator has agreed to continue the Mediation to accommodate the needs of the case.

6. Separate from and in addition to the foregoing, the parties' best efforts to complete the necessary discovery prior to the current ADR completion date have been hampered by severe health issue pertaining to certain defense counsel's staff with resulting absences that have caused extreme press of business.

7. The parties agree that the requested continuance will not cause any prejudice to them.

8. This joint request is not made for any improper purpose or delay, but rather to allow the parties to complete necessary discovery before they mediate the case and hopefully facilitate a negotiated resolution thereof.

9. The parties agree that the requested continuance, if granted, would be prudent and promote judicial efficiency.

10. There has been no prior request for an amendment of the Court's Scheduling Order.

11. Based on the foregoing, the parties respectfully request that the Court enter an Amended Scheduling Order with the following dates, or such dates as are convenient with the Court's calendar:

| **EVENT** | **DEADLINE** |
|---|---|
| ADR must be completed by: | February 11, 2027 |
| Exchange Initial Expert Witnesses by:<br>Exchange Rebuttal Expert Witnesses by: | March 15, 2027<br><br>April 26, 2027 |
| Motion for Class Certification filed by:<br>Response filed by:<br>Reply filed by: | April 19, 2027<br>June 4, 2027<br>June 17, 2027 |
| Discovery completed by: | July 16, 2027 |
| Dispositive Motions filed by: | To be determined |
| Motions in Limine filed by | TBD |
| Joint Final Pretrial Order submitted by: | TBD |
| Final Pretrial Conference: | TBD |
| Proposed Joint Jury Instructions & Verdict Form submitted by: | TBD |
| Trial Date: | TBD |

12. A proposed Order regarding this joint request is submitted concurrently herewith for the Court's consideration.

Respectfully submitted,

/s/ Christopher Gold
Christopher Gold
GOLD LAW, PA
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139
305-900-4653
chris@chrisgoldlaw.com

*Attorneys for Plaintiff Matthew Kall*

*/s/ David J. Kaminski*
David J. Kaminski
CARLSON & MESSER LLP
5901 W. Century Blvd., Suite 1200
Los Angeles, CA 90045
(310) 242-2200
kaminskid@cmtlaw.com

*Randall J. Groendyk*
VARNUM LLP
333 Bridge Street NW, Suite 1700
Grand Rapids, MI 49504
(616) 336-6000
rjgroendyk@varnumlaw.com

*Attorneys for Defendant Anesthesia Business Consultants, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ David J. Kaminski*
David J. Kaminski